AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| John Wodzinski,<br>*Plaintiff*<br>v.<br><br>Cox Security Group, Inc., et al.,<br>*Defendant* | )<br>)<br>)<br>)<br>) | Civil Action No.    2:18-CV-126 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X   This case is dismissed with prejudice.
☐ other: _____
_____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____
_____ .

Date:    Apr 16, 2018                                          *CLERK OF COURT*

                                                                              s/Denise M. Shane
                                                                              _____
                                                                              *Signature of Clerk or Deputy Clerk*